ct95 2/2025

# United States Bankruptcy Court
# District of Connecticut



In re:  Michael Henry Lotto

Debtor*

Case Number: 25-30311

Chapter: 13

## NOTICE OF DEADLINE(S) TO CURE
## FILING DEFICIENCY TO AVOID DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT** the above debtor filed a Voluntary Petition on April 4, 2025. Pursuant to the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, and the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Connecticut, the Clerk has noted the Voluntary Petition and/or Schedules and Statements deficiencies listed below.

**PLEASE REVIEW THE FOLLOWING LIST OF DEFICIENCIES CAREFULLY.  FAILURE TO TIMELY CURE THE DEFICIENCY MAY RESULT IN THE DISMISSAL OF YOUR CASE WITHOUT FURTHER NOTICE.**

### DEFICIENCIES THAT MUST BE CURED WITHIN FOURTEEN (14) DAYS AFTER THE DATE THE VOLUNTARY PETITION WAS FILED

**CREDIT COUNSELING**

CERTIFICATE NOT FILED. The Voluntary Petition indicates that the debtor(s) received a briefing from an approved credit counseling agency, but the debtor(s) did not file a certificate of completion.  See, 11 U.S.C. § 521(b) and Fed. R. Bankr. P. 1007

The attorney for the debtor(s) is **directed** to file the Certificate of Credit Counseling **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

**CHAPTER 13 PLAN**

The Chapter 13 Plan was not filed with the Voluntary Petition. *See*, Fed. R. Bankr. P. 3015(b).

The attorney for the debtor(s) is directed to file a signed and dated Chapter 13 Plan using the Local Form dated 07/15/2024 **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

**YOU ARE FURTHER NOTIFIED**, failure to cure the above deficiencies on or before the deadline indicated under the deficiency may result in the **DISMISSAL** of your case **without further notice**.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Date: April 7, 2025

Pietro Cicolini
Clerk of Court