# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:

**MICHAEL HENRY LOTTO**

                          Debtor.

_____/

Case No.: 25-30311 (AMN)

Chapter: 13

ECF No. 12

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Federal Rules of Bankruptcy Procedure* 9013, the Undersigned certifies that on the **18TH** day of **APRIL**, **2025**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, and via USPS First-Class Mail on the parties listed in section 2 below:

1. **Documents Served:**

    1. Original (Proposed) Chapter 13 Plan (ECF # 12); and,
    2. *Certificate of Service* (ECF # 12-1).

2. **Parties Served via First Class Mail:**

| | |
|---|---|
| Atlas Acquisitions LLC<br>Attn: Avi Schild, President<br>492C Cedar Ln Ste. 442<br>Teaneck, NJ 07666 | City of New Haven, Tax Division<br>Attn: Karen Gauthier, Tax Collector<br>165 Church St. 1st Floor<br>New Haven, CT 06510 |
| Department of Revenue Services<br>Attn: Bankruptcy Unit<br>450 Columbus Blvd Ste 1<br>Hartford, CT 06103-1837 | CREDIT CORP SOLUTIONS INC<br>Attn: General Counsel<br>8200 S Quebec St Ste. A3-313<br>Englewood, CO 80112 |



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

Capital One Bank (USA), N.A.
Attn: General Counsel
PO Box 30285
Salt Lake City, UT 84130-0285

Continental Finance Company, LLC
Attn: Beverly Knotts, VP
4550 New Linden Hill Rd Ste. 400
Wilmington, DE 19808

Discover Products Inc.
Attn: General Counsel
6500 New Albany Rd East
New Albany, OH 43054

Discover Bank
Attn: Hope Mehlman, General Counsel
PO Box 30943
Salt Lake City, UT 84130

Credit One Bank
Attn: General Counsel
P.O. Box 98873
Las Vegas, NV 89193-8873

Galaxy International Purchasing LLC
c/o Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

London & London
Attn: Dora Richwine, Esq.
48 Christian Ln
Newington, CT 06111

JOANNA CIAFONE
2034 Talon Way
San Diego, CA 92123

McCalla Raymer Leibert Pierce LLC
Attn: Partner, Bankruptcy Dept.
280 TRUMBULL STREET Fl 23
Hartford, CT 06103

IRA ROSOFSKY
230 CANNER ST
New Haven, CT 06511

Midland Credit Management, Inc.
Attn: Matt Jubenville, General Counsel
350 Camino De La Reina Ste. 100
San Diego, CA 92108

Merrick Bank Corporation
Attn: Brian W. Jones, SVP
10705 S Jordan Gateway
South Jordan, UT 84095

Mission Lane LLC
Attn: Brandon Black, CEO
PO Box 105286
Atlanta, GA 30348-5286

Portfolio Recovery Associates LLC
Attn: Christopher Graves, President
PO Box 41067
Norfolk, VA 23541

Resurgent Recievables LLC
c/o Resurgent Capital Services LP
Attn: Brandie McCann
PO Box 10587
Greenville, SC 29603

Quantum3 Group LLC
Attn: Jessi White
PO Box 788
Kirkland, WA 98083

LEWIS S. LERMAN, ESQ.
HALLORAN & SAGE
265 CHURCH ST
New Haven, CT 06510

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

SMART LAW GROUP PC
ATTN: DANIEL S. SMART, ESQ.
108 MILL PLAIN ROAD STE 202
Danbury, CT 06811

Resurgent Capital Services
Attn: Brandie McCann
PO Box 10368
Greenville, SC 29603

PRA Receivables Management, LLC
Attn: Lynne Todd
PO Box 41067
Norfolk, VA 23541-1067

RCF 2 ACQUISITION TRUST
c/o Selene Finance LP
Attn: General Counsel
P.O. Box 8619
Philadelphia, PA 19101-8619

RUBIN & ROTHMAN LLC
Attn: Andrew White, Esq.
1787 Veterans Memorial Hwy Ste 32
Islandia, NY 11749

SCHREIBER LAW LLC
Attn: Heather Q. Wallace, Esq.
53 STILES ROAD STE. A102
Salem, NH 03079

UHG I LLC
Attn: General Counsel
6400 SHERIDAN DR. STE. 138
WILLIAMSVILLE, NY 14221

STILLMAN LAW OFFICE
Attn: Kevin M. Hughes, Esq.
30057 Orchard Lake Rd Ste 200 Dept 100
Farmington, MI 48334

US Bank Tr Nat'l Assoc, Trustee
Attn: General Counsel
55 Beattie Place Ste. 110
Greenville, SC 29601

U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549-2000

**Dated at <u>NEW HAVEN, CONNECTICUT</u> this <u>18TH</u> day of <u>APRIL</u>, <u>2025</u>.**

**MICHAEL J. HABIB, ESQ.** (CT29412)

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514