United States Bankruptcy Court
District of Connecticut

In re:                                                                              Case No. 25-30311-amn
Michael Henry Lotto                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3                          User: admin                                    Page 1 of 3
Date Rcvd: Apr 21, 2025                       Form ID: 112                               Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |
| 9561923 | + | CREDIT CORP SOLUTIONS INC, Attn: General Counsel, 8200 S Quebec St Ste. A3-313, Englewood, CO 80112-4411 |
| 9561920 | + | City of New Haven, Tax Division, Attn: Karen Gauthier, Tax Collector, 165 Church St. 1st Floor, New Haven, CT 06510-2010 |
| 9561921 | | Connecticut Department of Revenue, c/o Attorney General, Collections, 55 Elm St, Hartford, CT 06106-1746 |
| 9561930 | + | IRA ROSOFSKY, 230 CANNER ST, New Haven, CT 06511-2233 |
| 9561931 | + | JOANNA CIAFONE, 2034 Talon Way, San Diego, CA 92123-3735 |
| 9561933 | + | MCCALLA RAYMER LEIBERT PIERCE LLC, Attn: Partner, Bankruptcy Dept., 280 TRUMBULL STREET Fl 23, Hartford, CT 06103-3599 |
| 9561947 | + | SMART LAW GROUP PC, ATTN: DANIEL S. SMART, ESQ., 108 MILL PLAIN ROAD STE 202, Danbury, CT 06811-1508 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9561918 | | Email/Text: bnc@atlasacq.com | Apr 21 2025 18:33:00 | Atlas Acquisitions LLC, Attn: Avi Schild, President, 492C Cedar Ln Ste. 442, Teaneck, NJ 07666 |
| 9561925 | | Email/Text: DRS.Bankruptcy@ct.gov | Apr 21 2025 18:33:00 | Department of Revenue Services, Attn: Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9561922 | | Email/Text: cfcbackoffice@contfinco.com | Apr 21 2025 18:33:00 | Continental Finance Company, LLC, Attn: Beverly Knotts, VP, 4550 New Linden Hill Rd Ste. 400, Wilmington, DE 19808 |
| 9561919 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2025 18:36:46 | Capital One Bank (USA), N.A., Attn: General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9561924 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 21 2025 18:47:46 | Credit One Bank, Attn: General Counsel, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 9561926 | | Email/Text: mrdiscen@discover.com | Apr 21 2025 18:33:00 | Discover Bank, Attn: Hope Mehlman, General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9561927 | | Email/Text: mrdiscen@discover.com | Apr 21 2025 18:33:00 | Discover Products Inc., Attn: General Counsel, 6500 New Albany Rd East, New Albany, OH 43054 |
| 9561928 | + | Email/Text: bnc-quantum@quantum3group.com | Apr 21 2025 18:33:00 | Galaxy International Purchasing LLC, c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9561929 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 21 2025 18:33:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |
| 9562403 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2025 18:36:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0205-3 | User: admin | Page 2 of 3
Date Rcvd: Apr 21, 2025 | Form ID: 112 | Total Noticed: 39

| | | | |
|---|---|---|---|
| 9561932 | + Email/Text: Bankruptcies@londonandlondon.com | Apr 21 2025 18:33:00 | London & London, Attn: Dora Richwine, Esq., 48 Christian Ln, Newington, CT 06111-5437 |
| 9563232 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 21 2025 18:36:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 9561938 | Email/Text: ml-ebn@missionlane.com | Apr 21 2025 18:33:00 | Mission Lane LLC, Attn: Brandon Black, CEO, PO Box 105286, Atlanta, GA 30348-5286 |
| 9561934 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 21 2025 18:36:41 | Merrick Bank Corporation, Attn: Brian W. Jones, SVP, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 9561936 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2025 18:33:00 | Midland Credit Management, Inc., Attn: Ashley Vollmer, PO Box 2037, Warren, MI 48090-2037 |
| 9561937 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2025 18:33:00 | Midland Credit Management, Inc., Attn: Matt Jubenville, General Counsel, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 9561939 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2025 18:36:42 | Portfolio Recovery Associates LLC, Attn: Christopher Graves, President, PO Box 41067, Norfolk, VA 23541 |
| 9561940 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2025 18:36:36 | PRA Receivables Management, LLC, Attn: Lynne Todd, Po Box 41067, Norfolk, VA 23541-1067 |
| 9561941 | + Email/Text: bnc-quantum@quantum3group.com | Apr 21 2025 18:33:00 | Quantum3 Group LLC, Attn: Jessi White, PO Box 788, Kirkland, WA 98083-0788 |
| 9563676 | Email/Text: bnc-quantum@quantum3group.com | Apr 21 2025 18:33:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 9563675 | Email/Text: bnc-quantum@quantum3group.com | Apr 21 2025 18:33:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9561942 | Email/Text: bkteam@selenefinance.com | Apr 21 2025 18:33:00 | RCF 2 ACQUISITION TRUST, c/o Selene Finance LP, Attn: General Counsel, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 9561945 | + Email/Text: bankruptcy@rubinrothman.com | Apr 21 2025 18:33:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy Ste 32, Islandia, NY 11749-1500 |
| 9561943 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 21 2025 18:36:36 | Resurgent Capital Services, Attn: Brandie McCann, PO Box 10368, Greenville, SC 29603-0368 |
| 9561944 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2025 18:36:36 | Resurgent Receivables LLC, c/o Resurgent Capital Services LP, PO Box 10587, Greenville, SC 29603-0587 |
| 9562404 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2025 18:36:36 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9561946 | ^ MEBN | Apr 21 2025 18:30:24 | SCHREIBER LAW LLC, Attn: Heather Q. Wallace, Esq., 53 STILES ROAD STE. A102, Salem, NH 03079-2890 |
| 9561948 | + Email/Text: bknotice@stillmanlaw.com | Apr 21 2025 18:33:00 | STILLMAN LAW OFFICE, Attn: Kevin M. Hughes, Esq., 30057 ORCHARD LAKE RD STE 200 DEPT 100, Farmington, MI 48334-2265 |
| 9561951 | Email/Text: secbankruptcy@sec.gov | Apr 21 2025 18:33:00 | U.S. Securities and Exchange Commission, 100 F St Ne, Washington, DC 20549-2000 |
| 9561949 | ^ MEBN | Apr 21 2025 18:29:56 | UHG I LLC, Attn: General Counsel, 6400 SHERIDAN DR. STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9561950 | + Email/Text: mtgbk@shellpointmtg.com | Apr 21 2025 18:33:00 | US BANK TR NAT'L ASSOC, TRUSTEE, Attn: General Counsel, 55 Beattie Place Ste. 110, Greenville, SC 29601-5115 |

| District/off: 0205-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2025 | Form ID: 112 | Total Noticed: 39 |
| TOTAL: 31 | | |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9561935 | * | Michael Henry Lotto, 9 N BANK ST, New Haven, CT 06511-2519 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
April 21, 2025

In re:

    Michael Henry Lotto                                  Case Number: 25−30311

    Debtor*                                                 Chapter: 13

### NOTICE OF CHAPTER 13 PLAN CONFIRMATION HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that a Confirmation Hearing on the Debtor's Chapter 13 Plan, and any amended or modified plan filed before confirmation in accordance with 11 U.S.C. § 1323, will be held at **157 Church Street, 18th Floor, New Haven, CT 06510** on **July 24, 2025** at **11:30 AM** to consider and act upon the following matter(s):

        **Chapter 13 Plan Filed by Michael J. Habib on behalf of Michael Henry Lotto Debtor.**
        **(Re: Doc #12)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.

**OBJECTION(S) TO THE MOTION SHALL BE FILED ON OR BEFORE: July 17, 2025** before 4:00 PM. Untimely objections may not be considered.

NOTE: Pursuant to Local Bankr. R. 3015−2(b), the Debtor's attorney, or the Debtor, if not represented by counsel, must appear at the confirmation hearing unless specifically excused by Court order. Failure to attend may result in denial of confirmation of the Chapter 13 Plan.

Dated: April 21, 2025

                                                Pietro Cicolini
                                                Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − rs