# File an order :

## 25-30311 Michael Henry Lotto

Type: bk  
Assets: y  
Chapter: 13 v  
Judge: amn  
Office: 3 (New Haven)  
Case Flag: DebtEd, Repeat

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from rs entered on 6/9/2025 at 8:11 AM EDT and filed on 6/9/2025  
**Case Name:** Michael Henry Lotto  
**Case Number:** 25-30311  
**Document Number:** 15

**Docket Text:**  
**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED:** On 2025, the Debtor commenced this case by filing a petition under Chapter 13 of the United States Bankruptcy Code. A confirmation hearing has been scheduled and if the Chapter 13 Plan is not confirmed on the hearing date, the Debtor will be required to show cause why this case should not be dismissed for an unreasonable delay by the Debtor that is prejudicial to creditors, pursuant to 11 U.S.C. § 1307(c)(1). ACCORDINGLY, it is hereby

**ORDERED:** On or before July 17, 2025, the Debtor may file a written response to this Order to Show Cause; and it is further

**ORDERED:** On July 24, 2025, at 11:30 a.m., a hearing to consider this Order to Show Cause shall be held at the United States Bankruptcy Court, 157 Church Street, 18th Floor Courtroom, New Haven, Connecticut; and it is further

**ORDERED:** In the absence of a confirmed Chapter 13 Plan or a written response showing cause to not dismiss this case, the case will be dismissed without further notice or hearing. Signed by Chief Judge Ann M. Nevins on June 9, 2025. (rs)

The following document(s) are associated with this transaction:

**25-30311 Notice will be electronically mailed to:**

Michael J. Habib on behalf of Debtor Michael Henry Lotto  
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano  
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee  
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30311 Notice will not be electronically mailed to:**