United States Bankruptcy Court
District of Connecticut

In re:                                                                                           Case No. 25-30311-amn
Michael Henry Lotto                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3      User: admin      Page 1 of 1
Date Rcvd: Jun 09, 2025      Form ID: pdfdoc2      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

**File an order :**

[25-30311 Michael Henry Lotto](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd, Repeat |

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from rs entered on 6/9/2025 at 8:11 AM EDT and filed on 6/9/2025
**Case Name:**   Michael Henry Lotto
**Case Number:**   [25-30311](#)
**Document Number:** 15

**Docket Text:**
**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED:** On 2025, the Debtor commenced this case by filing a petition under Chapter 13 of the United States Bankruptcy Code. A confirmation hearing has been scheduled and if the Chapter 13 Plan is not confirmed on the hearing date, the Debtor will be required to show cause why this case should not be dismissed for an unreasonable delay by the Debtor that is prejudicial to creditors, pursuant to 11 U.S.C. § 1307(c)(1). ACCORDINGLY, it is hereby

**ORDERED:** On or before July 17, 2025, the Debtor may file a written response to this Order to Show Cause; and it is further

**ORDERED:** On July 24, 2025, at 11:30 a.m., a hearing to consider this Order to Show Cause shall be held at the United States Bankruptcy Court, 157 Church Street, 18th Floor Courtroom, New Haven, Connecticut; and it is further

**ORDERED:** In the absence of a confirmed Chapter 13 Plan or a written response showing cause to not dismiss this case, the case will be dismissed without further notice or hearing. Signed by Chief Judge Ann M. Nevins on June 9, 2025. (rs)

The following document(s) are associated with this transaction:

**25-30311 Notice will be electronically mailed to:**

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30311 Notice will not be electronically mailed to:**