**Fill in this information to identify the case:**

Debtor 1   Michael Henry Lotto

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the  District of CONNECTICUT

Case number 25-30311

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST

**Court claim no**. (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 3247

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|    | Description | Date Incurred | | Amount |
|----|-------------|---------------|---|--------|
| 1  | Late Charges | | (1) | $0.00 |
| 2  | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3  | Attorneys fees | | (3) | $0.00 |
| 4  | Filing fee and court costs | | (4) | $0.00 |
| 5  | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6  | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7  | Property inspection fees | | (7) | $0.00 |
| 8  | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9  | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 4/21/2025 | (11) | $350.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Michael Henry Lotto
   Print Name Middle Name Last Name  Case number *(if known)* 25-30311

**Part 2:**  **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗   /s/ Sydney Marie Cauthen      Date   06/16/2025
   Signature

Print  **Sydney Marie Cauthen**      Title Authorized Agent
   First Name Middle Name Last Name

Company Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address 13010 Morris Road, Suite 450
   Number   Street

   Alpharetta      GA  30004
   City      State ZIP Code

Contact Phone 470-321-7112      Email scauthen@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHAEL HENRY LOTTO
9 N BANK STREET
NEW HAVEN, CT 06511-2519

*And via electronic mail to:*

MICHAEL J. HABIB
WILLCUTTS & HABIB LLC
100 PEARL ST.
STE FLR. 14
HARTFORD, CT 06103-4500

ROBERTA NAPOLITANO
CHAPTER 13 TRUSTEE
10 COLUMBUS BOULEVARD
STE 6TH FLOOR
HARTFORD, CT 06106

U. S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510

By: /s/ Amanda Nowlin
　　　Amanda Nowlin
Email: anelson@raslg.com