***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

District of Connecticut

Notice of Electronic Filing

The following transaction was received from lg entered on 7/7/2025 at 9:11 AM EDT and filed on 7/7/2025

**Case Name:**       Michael Henry Lotto
**Case Number:**     25-30311
**Document Number:** 19

**Docket Text:**
**SCHEDULING ORDER:** Due to a change in the Court's schedule, the hearing scheduled for July 24, 2025, at 11:30 a.m., to consider the Debtor's Chapter 13 Plan, ECF No. 12, and the Court's Order to Show Cause, ECF No. 15, is rescheduled to July 30, 2025, at 3:00 p.m., at the U.S. Bankruptcy Court, 157 Church Street, 18th Floor Courtroom, New Haven, Connecticut. Signed by Chief Judge Ann M. Nevins on 07/07/2025. (RE: [12] Chapter 13 Plan filed by Debtor Michael Henry Lotto, [15] Order to Show Cause). (lg)

The following document(s) are associated with this transaction:

**25-30311 Notice will be electronically mailed to:**

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30311 Notice will not be electronically mailed to:**

U.S. BANK TRUST NATIONAL ASSOCIATION
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004