United States Bankruptcy Court
District of Connecticut

In re:                                                                                               Case No. 25-30311-amn
Michael Henry Lotto                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3                  User: admin                  Page 1 of 3
Date Rcvd: Jul 07, 2025            Form ID: pdfdoc1            Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |
| 9561923 | + | CREDIT CORP SOLUTIONS INC, Attn: General Counsel, 8200 S Quebec St Ste. A3-313, Englewood, CO 80112-4411 |
| 9561920 | + | City of New Haven, Tax Division, Attn: Karen Gauthier, Tax Collector, 165 Church St. 1st Floor, New Haven, CT 06510-2010 |
| 9561921 | | Connecticut Department of Revenue, c/o Attorney General, Collections, 55 Elm St, Hartford, CT 06106-1746 |
| 9561930 | + | IRA ROSOFSKY, 230 CANNER ST, New Haven, CT 06511-2233 |
| 9561931 | + | JOANNA CIAFONE, 2034 Talon Way, San Diego, CA 92123-3735 |
| 9561947 | + | SMART LAW GROUP PC, ATTN: DANIEL S. SMART, ESQ., 108 MILL PLAIN ROAD STE 202, Danbury, CT 06811-1508 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 07 2025 18:39:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 9578775 | | Email/Text: bnc@atlasacq.com | Jul 07 2025 18:39:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9561925 | | Email/Text: DRS.Bankruptcy@ct.gov | Jul 07 2025 18:39:00 | Department of Revenue Services, Attn: Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9561922 | | Email/Text: cfcbackoffice@contfinco.com | Jul 07 2025 18:39:00 | Continental Finance Company, LLC, Attn: Beverly Knotts, VP, 4550 New Linden Hill Rd Ste. 400, Wilmington, DE 19808 |
| 9561919 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2025 18:44:09 | Capital One Bank (USA), N.A., Attn: General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9561924 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2025 18:44:29 | Credit One Bank, Attn: General Counsel, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 9561926 | | Email/Text: mrdiscen@discover.com | Jul 07 2025 18:39:00 | Discover Bank, Attn: Hope Mehlman, General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9561927 | | Email/Text: mrdiscen@discover.com | Jul 07 2025 18:39:00 | Discover Products Inc., Attn: General Counsel, 6500 New Albany Rd East, New Albany, OH 43054 |
| 9567296 | | Email/Text: mrdiscen@discover.com | Jul 07 2025 18:39:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 9561928 | + | Email/Text: bnc-quantum@quantum3group.com | Jul 07 2025 18:39:00 | Galaxy International Purchasing LLC, c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9561929 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2025 18:39:35 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA |

Case 25-30311    Doc 21    Filed 07/09/25    Entered 07/10/25 00:22:25    Page 2 of 4

| District/off: 0205-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2025 | Form ID: pdfdoc1 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 9562403 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 18:43:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9561932 | + | Email/Text: Bankruptcies@londonandlondon.com | Jul 07 2025 18:39:00 | London & London, Attn: Dora Richwine, Esq., 48 Christian Ln, Newington, CT 06111-5437 |
| 9561933 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 07 2025 18:39:00 | MCCALLA RAYMER LEIBERT PIERCE LLC, Attn: Partner, Bankruptcy Dept., 280 TRUMBULL STREET Fl 23, Hartford, CT 06103 |
| 9563232 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2025 18:43:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 9561938 | | Email/Text: ml-ebn@missionlane.com | Jul 07 2025 18:39:00 | Mission Lane LLC, Attn: Brandon Black, CEO, PO Box 105286, Atlanta, GA 30348-5286 |
| 9561934 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2025 18:55:19 | Merrick Bank Corporation, Attn: Brian W. Jones, SVP, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 9561936 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2025 18:39:00 | Midland Credit Management, Inc., Attn: Ashley Vollmer, PO Box 2037, Warren, MI 48090-2037 |
| 9578156 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2025 18:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9561937 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2025 18:39:00 | Midland Credit Management, Inc., Attn: Matt Jubenville, General Counsel, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 9561939 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 07 2025 18:44:37 | Portfolio Recovery Associates LLC, Attn: Christopher Graves, President, PO Box 41067, Norfolk, VA 23541 |
| 9577182 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 07 2025 18:56:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 9561940 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 07 2025 18:55:54 | PRA Receivables Management, LLC, Attn: Lynne Todd, Po Box 41067, Norfolk, VA 23541-1067 |
| 9561941 | + | Email/Text: bnc-quantum@quantum3group.com | Jul 07 2025 18:39:00 | Quantum3 Group LLC, Attn: Jessi White, PO Box 788, Kirkland, WA 98083-0788 |
| 9563676 | | Email/Text: bnc-quantum@quantum3group.com | Jul 07 2025 18:39:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 9563675 | | Email/Text: bnc-quantum@quantum3group.com | Jul 07 2025 18:39:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9561942 | | Email/Text: bkteam@selenefinance.com | Jul 07 2025 18:39:00 | RCF 2 ACQUISITION TRUST, c/o Selene Finance LP, Attn: General Counsel, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 9561945 | + | Email/Text: bankruptcy@rubinrothman.com | Jul 07 2025 18:39:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy Ste 32, Islandia, NY 11749-1500 |
| 9561943 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2025 18:44:07 | Resurgent Capital Services, Attn: Brandie McCann, PO Box 10368, Greenville, SC 29603-0368 |
| 9561944 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 18:55:08 | Resurgent Receivables LLC, c/o Resurgent Capital Services LP, PO Box 10587, Greenville, SC 29603-0587 |
| 9562404 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 18:43:51 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9561946 | ^ | MEBN | Jul 07 2025 18:37:41 | SCHREIBER LAW LLC, Attn: Heather Q. Wallace, Esq., 53 STILES ROAD STE. A102, Salem, NH 03079-2890 |

| District/off: 0205-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2025 | Form ID: pdfdoc1 | Total Noticed: 44 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 9561948 | + | Email/Text: bknotice@stillmanlaw.com | Jul 07 2025 18:39:00 | STILLMAN LAW OFFICE, Attn: Kevin M. Hughes, Esq., 30057 ORCHARD LAKE RD STE 200 DEPT 100, Farmington, MI 48334-2265 |
| 9578057 | + | Email/Text: bkteam@selenefinance.com | Jul 07 2025 18:39:00 | U.S. Bank Trust National Association, not in its i, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 9561951 | | Email/Text: secbankruptcy@sec.gov | Jul 07 2025 18:39:00 | U.S. Securities and Exchange Commission, 100 F St Ne, Washington, DC 20549-2000 |
| 9561949 | ^ | MEBN | Jul 07 2025 18:37:34 | UHG I LLC, Attn: General Counsel, 6400 SHERIDAN DR. STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9561950 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 07 2025 18:39:00 | US BANK TR NAT'L ASSOC, TRUSTEE, Attn: General Counsel, 55 Beattie Place Ste. 110, Greenville, SC 29601-5115 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9561935 | * | Michael Henry Lotto, 9 N BANK ST, New Haven, CT 06511-2519 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from lg entered on 7/7/2025 at 9:11 AM EDT and filed on 7/7/2025

**Case Name:** Michael Henry Lotto
**Case Number:** 25-30311
**Document Number:** 19

**Docket Text:**
**SCHEDULING ORDER:** Due to a change in the Court's schedule, the hearing scheduled for July 24, 2025, at 11:30 a.m., to consider the Debtor's Chapter 13 Plan, ECF No. 12, and the Court's Order to Show Cause, ECF No. 15, is rescheduled to July 30, 2025, at 3:00 p.m., at the U.S. Bankruptcy Court, 157 Church Street, 18th Floor Courtroom, New Haven, Connecticut. Signed by Chief Judge Ann M. Nevins on 07/07/2025.
(RE: [12] Chapter 13 Plan filed by Debtor Michael Henry Lotto, [15] Order to Show Cause). (lg)

The following document(s) are associated with this transaction:

**25-30311 Notice will be electronically mailed to:**

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30311 Notice will not be electronically mailed to:**

U.S. BANK TRUST NATIONAL ASSOCIATION
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004