## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re:   Michael Henry Lotto | : Case No 25-30311 |
| | : Chapter 13 |
| Debtor | : JULY 15, 2025 |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS

Jessica L. Braus of the firm of Glass & Braus, LLC hereby appears on behalf of Creditor

**U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust**

, by its servicing agent Selene Finance, LP., and requests, pursuant to ll U.S.C. Section 1109(b) and Bankruptcy Rule 2002(g)(i), 2015 ( c) and 3017(a) and , that she receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, conformed copies of orders and any other documents or instruments filed in the above-captioned bankruptcy proceeding.  All such documents should be served upon the following:

Jessica L. Braus, Esq.
Glass & Braus, LLC
25 Lindbergh Street
Fairfield, CT 06824

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Fairfield, Connecticut this 15th day of July, 2025.

/s/Jessica L. Braus
Jessica L. Braus
Glass & Braus, LLC
25 Lindbergh Street
Fairfield, CT 06824
Telephone (203) 371-2213
ctbar # 00533

## CERTIFICATION OF SERVICE

I hereby certify that on this 15th day of July, 2025, I mailed a copy of the foregoing by first class mail, postage prepaid, to:

**Michael Henry Lotto,**
 **9NBANKST.**
**NEW HAVEN Connecticut 06511**

**Michael J. Habib**

**mike@inzitarilawoffice.com**

### ROBERTA NAPOLITANO

notices@ch13rn.com

_____

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

                                  ___/s/Jessica L. Braus_____

                                  Jessica L. Braus