UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| MICHAEL HENRY LOTTO | : CASE NO. 25-30311-AMN |
| | : |
| Debtors. | : July 17, 2025 |

NOTICE OF APPEARANCE AND REQUEST FOR
ALL NOTICES AND PAPERS

Please take notice that the undersigned appears for Roberta Napolitano, Trustee, and pursuant to Bankruptcy Rules 9010(b) and 2002, requests that all notices and/or motions or pleadings of any kind given or required to be given in this case be given to and served upon

Denise Shear, Staff Attorney
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: dshear@ch13rn.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1009(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleadings or requests, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegram, telegraph, telex, or otherwise filed with regard to the above-referenced bankruptcy proceeding.

Dated: July 17, 2025

*/s/ Denise Shear*
Denise Shear, Staff Attorney
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: dshear@ch13rn.com
Federal Bar No.: ct29960

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| MICHAEL HENRY LOTTO | : CASE NO. 25-30311-AMN |
| | : |
| Debtor. | : July 17, 2025 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Notice of Appearance

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   MICHAEL HENRY LOTTO
   9 N BANK STREET
   NEW HAVEN, CT 06511-2519

3. **Parties Served Electronically Include:**
   Debtor's Attorney: MICHAEL J. HABIB, ESQ.
   Email: mike@inzitarilawoffice.com

   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov

   */s/ Denise M. Shear*
   Denise M. Shear, Staff Attorney
   Chapter 13 Standing Trustee
   10 Columbus Blvd., 6th Floor
   Hartford, CT 06106
   Tel: (860) 278-9410
   Email: dshear@ch13rn.com
   Federal Bar No.: ct29960