United States Bankruptcy Court
District of Connecticut

In re:  Case No. 25-30311-amn
Michael Henry Lotto  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3      User: admin      Page 1 of 1
Date Rcvd: Jul 22, 2025      Form ID: 112appxm      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jessica L. Braus | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST jessica@glassbraus.com, dan@glassbraus.com |
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 4

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
July 22, 2025

In re:
    Michael Henry Lotto
    Debtor*

Case Number: 25−30311
Chapter: 13

### NOTICE OF HEARING ON APPENDIX N MATTER

**TO THE RECIPIENT OF THIS NOTICE: Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that pursuant to D. Conn. Bankr. L.R. 9014−1(n), a hearing will be held on **September 4, 2025** at **10:00 AM** at **157 Church Street, 18th Floor, New Haven, CT 06510** to consider and act upon the following matter(s):

    Motion to Dismiss Case For Failure to Make Plan Payments Filed by Denise M. Shear on behalf of Roberta Napolitano, Trustee. (ECF No. 26)

In accordance with Fed. R. Bankr. P. 9006(d), any party shall file any Objection and/or Response on or before **August 28, 2025** and the Movant(s) shall file any Reply on or before **September 2, 2025.**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

If Respondents to the Matter or other party entitled to service of the Contested Matter (the "Respondent(s)") wishes to be heard on the Matter, such party or its attorney must be in attendance during the above scheduled hearing.

Dated: July 22, 2025

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − rs