ct113-2 01/2023

# United States Bankruptcy Court
# District of Connecticut



In re:  Michael Henry Lotto

Case Number: 25-30311

Chapter: 13

Debtor *

## ORDER DISMISSING CHAPTER 13 CASE

The Court having entered an Order to Show Cause Why Case Should Not Be Dismissed pursuant to 11 U.S.C. § 1307(c)(1), (the "Order to Show Cause," ECF No. 15), and after notice and a hearing on July 30, 2025, at which neither the Debtor nor Debtor's counsel appeared as required by Local Bankruptcy Rule 3015-2(b), and it appearing that the case has not been converted under section 706, 1112 or 1208 of this title, it is hereby

**ORDERED:** The Debtor's Chapter 13 Case is **DISMISSED** for a delay prejudicial to creditors and failure to file a confirmable plan; and it is further

**ORDERED:** The Chapter 13 Trustee is directed to submit a Final Report and Account within (150) one hundred fifty days from the date of this Order.

Dated: July 31, 2025

BY THE COURT

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.