United States Bankruptcy Court
District of Connecticut

In re:                                                                              Case No. 25-30311-amn
Michael Henry Lotto                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3                        User: admin                                Page 1 of 3
Date Rcvd: Jul 31, 2025                     Form ID: pdfdoc10                        Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |
| 9561923 | + | CREDIT CORP SOLUTIONS INC, Attn: General Counsel, 8200 S Quebec St Ste. A3-313, Englewood, CO 80112-4411 |
| 9561920 | + | City of New Haven, Tax Division, Attn: Karen Gauthier, Tax Collector, 165 Church St. 1st Floor, New Haven, CT 06510-2010 |
| 9561921 | | Connecticut Department of Revenue, c/o Attorney General, Collections, 55 Elm St, Hartford, CT 06106-1746 |
| 9561930 | + | IRA ROSOFSKY, 230 CANNER ST, New Haven, CT 06511-2233 |
| 9561931 | + | JOANNA CIAFONE, 2034 Talon Way, San Diego, CA 92123-3735 |
| 9561947 | + | SMART LAW GROUP PC, ATTN: DANIEL S. SMART, ESQ., 108 MILL PLAIN ROAD STE 202, Danbury, CT 06811-1508 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 31 2025 18:26:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 9578775 | | Email/Text: bnc@atlasacq.com | Jul 31 2025 18:26:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9561925 | | Email/Text: DRS.Bankruptcy@ct.gov | Jul 31 2025 18:26:00 | Department of Revenue Services, Attn: Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9561922 | | Email/Text: cfcbackoffice@contfinco.com | Jul 31 2025 18:26:00 | Continental Finance Company, LLC, Attn: Beverly Knotts, VP, 4550 New Linden Hill Rd Ste. 400, Wilmington, DE 19808 |
| 9561919 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2025 18:36:20 | Capital One Bank (USA), N.A., Attn: General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9561924 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 31 2025 18:35:26 | Credit One Bank, Attn: General Counsel, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 9561926 | | Email/Text: mrdiscen@discover.com | Jul 31 2025 18:26:00 | Discover Bank, Attn: Hope Mehlman, General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9561927 | | Email/Text: mrdiscen@discover.com | Jul 31 2025 18:26:00 | Discover Products Inc., Attn: General Counsel, 6500 New Albany Rd East, New Albany, OH 43054 |
| 9567296 | | Email/Text: mrdiscen@discover.com | Jul 31 2025 18:26:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 9561928 | + | Email/Text: bnc-quantum@quantum3group.com | Jul 31 2025 18:26:00 | Galaxy International Purchasing LLC, c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9561929 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 31 2025 18:26:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA |

District/off: 0205-3 | User: admin | Page 2 of 3
Date Rcvd: Jul 31, 2025 | Form ID: pdfdoc10 | Total Noticed: 43

19101-7346

| 9562403 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2025 18:35:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9561932 | + | Email/Text: Bankruptcies@londonandlondon.com | Jul 31 2025 18:26:00 | London & London, Attn: Dora Richwine, Esq., 48 Christian Ln, Newington, CT 06111-5437 |
| 9561933 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 31 2025 18:26:00 | MCCALLA RAYMER LEIBERT PIERCE LLC, Attn: Partner, Bankruptcy Dept., 280 TRUMBULL STREET Fl 23, Hartford, CT 06103 |
| 9563232 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 31 2025 18:35:53 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 9561938 | | Email/Text: ml-ebn@missionlane.com | Jul 31 2025 18:26:00 | Mission Lane LLC, Attn: Brandon Black, CEO, PO Box 105286, Atlanta, GA 30348-5286 |
| 9561934 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 31 2025 18:35:22 | Merrick Bank Corporation, Attn: Brian W. Jones, SVP, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 9561936 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 31 2025 18:26:00 | Midland Credit Management, Inc., Attn: Ashley Vollmer, PO Box 2037, Warren, MI 48090-2037 |
| 9578156 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 31 2025 18:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9561937 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 31 2025 18:26:00 | Midland Credit Management, Inc., Attn: Matt Jubenville, General Counsel, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 9561939 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 31 2025 18:35:25 | Portfolio Recovery Associates LLC, Attn: Christopher Graves, President, PO Box 41067, Norfolk, VA 23541 |
| 9577182 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 31 2025 18:36:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 9561940 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 31 2025 18:35:27 | PRA Receivables Management, LLC, Attn: Lynne Todd, Po Box 41067, Norfolk, VA 23541-1067 |
| 9561941 | + | Email/Text: bnc-quantum@quantum3group.com | Jul 31 2025 18:26:00 | Quantum3 Group LLC, Attn: Jessi White, PO Box 788, Kirkland, WA 98083-0788 |
| 9563676 | | Email/Text: bnc-quantum@quantum3group.com | Jul 31 2025 18:26:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 9563675 | | Email/Text: bnc-quantum@quantum3group.com | Jul 31 2025 18:26:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9561942 | | Email/Text: bkteam@selenefinance.com | Jul 31 2025 18:26:00 | RCF 2 ACQUISITION TRUST, c/o Selene Finance LP, Attn: General Counsel, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 9561945 | + | Email/Text: bankruptcy@rubinrothman.com | Jul 31 2025 18:26:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy Ste 32, Islandia, NY 11749-1500 |
| 9561943 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 31 2025 18:35:24 | Resurgent Capital Services, Attn: Brandie McCann, PO Box 10368, Greenville, SC 29603-0368 |
| 9561944 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2025 18:35:23 | Resurgent Receivables LLC, c/o Resurgent Capital Services LP, PO Box 10587, Greenville, SC 29603-0587 |
| 9562404 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2025 18:35:55 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9561946 | ^ | MEBN | Jul 31 2025 18:24:56 | SCHREIBER LAW LLC, Attn: Heather Q. Wallace, Esq., 53 STILES ROAD STE. A102, Salem, NH 03079-2890 |

| District/off: 0205-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 31, 2025 | Form ID: pdfdoc10 | Total Noticed: 43 |

| 9561948 | + | Email/Text: bknotice@stillmanlaw.com | | |
| | | | Jul 31 2025 18:26:00 | STILLMAN LAW OFFICE, Attn: Kevin M. Hughes, Esq., 30057 ORCHARD LAKE RD STE 200 DEPT 100, Farmington, MI 48334-2265 |
| 9578057 | + | Email/Text: bkteam@selenefinance.com | | |
| | | | Jul 31 2025 18:26:00 | U.S. Bank Trust National Association, not in its i, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 9561951 | | Email/Text: secbankruptcy@sec.gov | | |
| | | | Jul 31 2025 18:26:00 | U.S. Securities and Exchange Commission, 100 F St Ne, Washington, DC 20549-2000 |
| 9561949 | ^ | MEBN | | |
| | | | Jul 31 2025 18:24:49 | UHG I LLC, Attn: General Counsel, 6400 SHERIDAN DR. STE. 138, WILLIAMSVILLE, NY 14221-4842 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I |
| 9561935 | * | Michael Henry Lotto, 9 N BANK ST, New Haven, CT 06511-2519 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 02, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise M. Shear | |
| | on behalf of Trustee Roberta Napolitano dshear@ch13rn.com |
| Jessica L. Braus | |
| | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST jessica@glassbraus.com,  dan@glassbraus.com |
| Michael J. Habib | |
| | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | |
| | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | |
| | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 5

ct113-2                                                                    01/2023

## United States Bankruptcy Court
## District of Connecticut

In re:

   Michael Henry Lotto

                                      Case Number: 25-30311

                                      Chapter: 13

   Debtor *

### ORDER DISMISSING CHAPTER 13 CASE

The Court having entered an Order to Show Cause Why Case Should Not Be Dismissed pursuant to 11 U.S.C. § 1307(c)(1), (the "Order to Show Cause," ECF No. 15), and after notice and a hearing on July 30, 2025, at which neither the Debtor nor Debtor's counsel appeared as required by Local Bankruptcy Rule 3015-2(b), and it appearing that the case has not been converted under section 706, 1112 or 1208 of this title, it is hereby

**ORDERED:** The Debtor's Chapter 13 Case is **DISMISSED** for a delay prejudicial to creditors and failure to file a confirmable plan; and it is further

**ORDERED:** The Chapter 13 Trustee is directed to submit a Final Report and Account within (150) one hundred fifty days from the date of this Order.

Dated: July 31, 2025

                                     BY THE COURT

                                     *Ann M. Nevins*
                           Chief United States Bankruptcy Judge
                                District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.