United States Bankruptcy Court

District of Connecticut

In re:

Michael Henry Lotto
  Debtor

Case No. 25-30311-amn

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0205-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 08, 2025 | Form ID: pdfdoc1 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |
| 9561923 | + | CREDIT CORP SOLUTIONS INC, Attn: General Counsel, 8200 S Quebec St Ste. A3-313, Englewood, CO 80112-4411 |
| 9561920 | + | City of New Haven, Tax Division, Attn: Karen Gauthier, Tax Collector, 165 Church St. 1st Floor, New Haven, CT 06510-2010 |
| 9561921 | | Connecticut Department of Revenue, c/o Attorney General, Collections, 55 Elm St, Hartford, CT 06106-1746 |
| 9561930 | + | IRA ROSOFSKY, 230 CANNER ST, New Haven, CT 06511-2233 |
| 9561931 | + | JOANNA CIAFONE, 2034 Talon Way, San Diego, CA 92123-3735 |
| 9561947 | + | SMART LAW GROUP PC, ATTN: DANIEL S. SMART, ESQ., 108 MILL PLAIN ROAD STE 202, Danbury, CT 06811-1508 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Aug 08 2025 18:31:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 9578775 | | Email/Text: bnc@atlasacq.com | Aug 08 2025 18:31:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9561925 | | Email/Text: DRS.Bankruptcy@ct.gov | Aug 08 2025 18:31:00 | Department of Revenue Services, Attn: Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9561922 | | Email/Text: cfcbackoffice@contfinco.com | Aug 08 2025 18:31:00 | Continental Finance Company, LLC, Attn: Beverly Knotts, VP, 4550 New Linden Hill Rd Ste. 400, Wilmington, DE 19808 |
| 9561919 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2025 18:40:54 | Capital One Bank (USA), N.A., Attn: General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9561924 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2025 18:40:33 | Credit One Bank, Attn: General Counsel, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 9561926 | | Email/Text: mrdiscen@discover.com | Aug 08 2025 18:31:00 | Discover Bank, Attn: Hope Mehlman, General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9561927 | | Email/Text: mrdiscen@discover.com | Aug 08 2025 18:31:00 | Discover Products Inc., Attn: General Counsel, 6500 New Albany Rd East, New Albany, OH 43054 |
| 9567296 | | Email/Text: mrdiscen@discover.com | Aug 08 2025 18:31:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 9561928 | + | Email/Text: bnc-quantum@quantum3group.com | Aug 08 2025 18:31:00 | Galaxy International Purchasing LLC, c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9561929 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 08 2025 18:31:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA |

District/off: 0205-3 | User: admin | Page 2 of 3
Date Rcvd: Aug 08, 2025 | Form ID: pdfdoc1 | Total Noticed: 43

| | | | |
|---|---|---|---|
| | | | 19101-7346 |
| 9562403 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2025 18:40:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9561932 | + Email/Text: Bankruptcies@londonandlondon.com | Aug 08 2025 18:31:00 | London & London, Attn: Dora Richwine, Esq., 48 Christian Ln, Newington, CT 06111-5437 |
| 9561933 | Email/Text: BankruptcyECFMail@mccalla.com | Aug 08 2025 18:31:00 | MCCALLA RAYMER LEIBERT PIERCE LLC, Attn: Partner, Bankruptcy Dept., 280 TRUMBULL STREET Fl 23, Hartford, CT 06103 |
| 9563232 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2025 18:40:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 9561938 | Email/Text: ml-ebn@missionlane.com | Aug 08 2025 18:31:00 | Mission Lane LLC, Attn: Brandon Black, CEO, PO Box 105286, Atlanta, GA 30348-5286 |
| 9561934 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2025 18:40:57 | Merrick Bank Corporation, Attn: Brian W. Jones, SVP, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 9561936 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2025 18:31:00 | Midland Credit Management, Inc., Attn: Ashley Vollmer, PO Box 2037, Warren, MI 48090-2037 |
| 9578156 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2025 18:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9561937 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2025 18:31:00 | Midland Credit Management, Inc., Attn: Matt Jubenville, General Counsel, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 9561939 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2025 18:40:39 | Portfolio Recovery Associates LLC, Attn: Christopher Graves, President, PO Box 41067, Norfolk, VA 23541 |
| 9577182 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2025 18:40:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 9561940 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2025 18:40:50 | PRA Receivables Management, LLC, Attn: Lynne Todd, Po Box 41067, Norfolk, VA 23541-1067 |
| 9561941 | + Email/Text: bnc-quantum@quantum3group.com | Aug 08 2025 18:31:00 | Quantum3 Group LLC, Attn: Jessi White, PO Box 788, Kirkland, WA 98083-0788 |
| 9563676 | Email/Text: bnc-quantum@quantum3group.com | Aug 08 2025 18:31:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 9563675 | Email/Text: bnc-quantum@quantum3group.com | Aug 08 2025 18:31:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9561942 | Email/Text: bkteam@selenefinance.com | Aug 08 2025 18:31:00 | RCF 2 ACQUISITION TRUST, c/o Selene Finance LP, Attn: General Counsel, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 9561945 | + Email/Text: bankruptcy@rubinrothman.com | Aug 08 2025 18:31:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy Ste 32, Islandia, NY 11749-1500 |
| 9561943 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2025 18:40:50 | Resurgent Capital Services, Attn: Brandie McCann, PO Box 10368, Greenville, SC 29603-0368 |
| 9561944 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2025 18:40:35 | Resurgent Receivables LLC, c/o Resurgent Capital Services LP, PO Box 10587, Greenville, SC 29603-0587 |
| 9562404 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2025 18:41:09 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9561946 | ^ MEBN | Aug 08 2025 18:29:03 | SCHREIBER LAW LLC, Attn: Heather Q. Wallace, Esq., 53 STILES ROAD STE. A102, Salem, NH 03079-2890 |

District/off: 0205-3                                   User: admin                                   Page 3 of 3
Date Rcvd: Aug 08, 2025                          Form ID: pdfdoc1                          Total Noticed: 43

| 9561948 | + Email/Text: bknotice@stillmanlaw.com | Aug 08 2025 18:31:00 | STILLMAN LAW OFFICE, Attn: Kevin M. Hughes, Esq., 30057 ORCHARD LAKE RD STE 200 DEPT 100, Farmington, MI 48334-2265 |
| 9578057 | + Email/Text: bkteam@selenefinance.com | Aug 08 2025 18:31:00 | U.S. Bank Trust National Association, not in its i, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 9561951 | Email/Text: secbankruptcy@sec.gov | Aug 08 2025 18:31:00 | U.S. Securities and Exchange Commission, 100 F St Ne, Washington, DC 20549-2000 |
| 9561949 | ^ MEBN | Aug 08 2025 18:28:57 | UHG I LLC, Attn: General Counsel, 6400 SHERIDAN DR. STE. 138, WILLIAMSVILLE, NY 14221-4842 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I |
| 9561935 | * | Michael Henry Lotto, 9 N BANK ST, New Haven, CT 06511-2519 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise M. Shear | on behalf of Trustee Roberta Napolitano dshear@ch13rn.com |
| Jessica L. Braus | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST jessica@glassbraus.com, dan@glassbraus.com |
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 5

## United States Bankruptcy Court
## District of Connecticut



In re:

    Michael Henry Lotto

        Debtor*

Case Number:  25-30311

Chapter:      13

## NOTICE OF DEADLINE TO OBJECT
## TO THE CHAPTER 13 STANDING TRUSTEE'S FINAL ACCOUNT

    **PLEASE TAKE NOTICE** that on August 8, 2025, Roberta Napolitano , the Chapter 13 Standing Trustee, filed a Chapter 13 Trustee's Final Account, ECF No. 33, in which the Trustee certified that the Debtor's estate has been fully administered in accordance with Fed. R. Bankr. P. 5009(a), *See,* attached Chapter 13 Standing Trustee's Final Account.

    **NOTICE IS FURTHER GIVEN** that any objection to the Chapter 13 Standing Trustee's Final Account must be filed with the Clerk's Office on or before September 10, 2025 *. If an objection is filed a hearing may be scheduled, and, in that event a separate Notice of Hearing will issue.

    **NOTICE IS FURTHER GIVEN** that the Chapter 13 Standing Trustee's Final Account is available for inspection at any Bankruptcy Court Clerk's Offices located in Hartford, New Haven, and Bridgeport, Connecticut.  You may also view the filed Chapter 13 Trustee's Final Account on the Court's PACER system (**www.pacer.psc.uscourts.gov**).

Dated: August 8, 2025

Pietro Cicolini
Clerk of Court

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

RN

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### NEW HAVEN DIVISION

In re:  MICHAEL HENRY LOTTO                                            Case No.:  25-30311-AMN

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Roberta Napolitano, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  04/04/2025.
2) The plan was confirmed on  NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was dismissed on  07/31/2025.
6) Number of months from filing or conversion to last payment:  0.
7) Number of months case was pending:  4.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  254,955.99.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $.00 |
| Less amount refunded to debtor: | $.00 |

**NET RECEIPTS:**                                                              $.00

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                                    $.00

Attorney fees paid and disclosed by debtor:        $.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| Attorney Not Assigned | Admin | NA | NA | NA | .00 | .00 |
| CITY OF NEW HAVEN TAX COLLECTOR | Priority | NA | NA | NA | .00 | .00 |
| CT DEPARTMENT OF REVENUE SERVIC | Priority | NA | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | NA | 5,367.52 | 5,367.52 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | NA | NA | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,661.67 | 1,661.67 | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,498.65 | 1,498.65 | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 945.51 | 945.51 | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 3,086.60 | 3,086.60 | .00 | .00 |
| MERRICK BANK | Unsecured | NA | 186.00 | 186.00 | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | NA | 1,695.03 | 1,695.03 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, | Unsecured | NA | 690.45 | 690.45 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 4,400.41 | 4,400.41 | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

RN

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### NEW HAVEN DIVISION

In re:  MICHAEL HENRY LOTTO                                      Case No.:  25-30311-AMN

            Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | Unsecured | NA | 4,510.38 | 4,510.38 | .00 | .00 |
| RESURGENT RECEIVABLES LLC | Unsecured | NA | 4,046.75 | 4,046.75 | .00 | .00 |
| U.S. BANK TRUST N.A. | Secured | NA | 471,758.01 | 235,358.74 | .00 | .00 |
| UHG I LLC | Unsecured | NA | 4,427.87 | 4,427.87 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 235,358.74 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 235,358.74 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 32,516.84 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:   08/08/2025                          By:   /s/Roberta Napolitano
                                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.