United States Bankruptcy Court
District of Connecticut

In re:                                                                                                    Case No. 25-30311-amn

Michael Henry Lotto                                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3                                       User: admin                                       Page 1 of 3
Date Rcvd: Oct 08, 2025                                    Form ID: 196                                      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |
| 9561923 | + | CREDIT CORP SOLUTIONS INC, Attn: General Counsel, 8200 S Quebec St Ste. A3-313, Englewood, CO 80112-4411 |
| 9561920 | + | City of New Haven, Tax Division, Attn: Karen Gauthier, Tax Collector, 165 Church St. 1st Floor, New Haven, CT 06510-2010 |
| 9561921 | | Connecticut Department of Revenue, c/o Attorney General, Collections, 55 Elm St, Hartford, CT 06106-1746 |
| 9561930 | + | IRA ROSOFSKY, 230 CANNER ST, New Haven, CT 06511-2233 |
| 9561931 | #+ | JOANNA CIAFONE, 2034 Talon Way, San Diego, CA 92123-3735 |
| 9561947 | + | SMART LAW GROUP PC, ATTN: DANIEL S. SMART, ESQ., 108 MILL PLAIN ROAD STE 202, Danbury, CT 06811-1508 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Oct 08 2025 18:29:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 9578775 | | Email/Text: bnc@atlasacq.com | Oct 08 2025 18:29:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9561925 | | Email/Text: DRS.Bankruptcy@ct.gov | Oct 08 2025 18:29:00 | Department of Revenue Services, Attn: Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9561922 | | Email/Text: cfcbackoffice@contfinco.com | Oct 08 2025 18:30:00 | Continental Finance Company, LLC, Attn: Beverly Knotts, VP, 4550 New Linden Hill Rd Ste. 400, Wilmington, DE 19808 |
| 9561919 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 08 2025 18:36:50 | Capital One Bank (USA), N.A., Attn: General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9561924 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 08 2025 18:36:45 | Credit One Bank, Attn: General Counsel, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 9561926 | | Email/Text: mrdiscen@discover.com | Oct 08 2025 18:29:00 | Discover Bank, Attn: Hope Mehlman, General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9561927 | | Email/Text: mrdiscen@discover.com | Oct 08 2025 18:29:00 | Discover Products Inc., Attn: General Counsel, 6500 New Albany Rd East, New Albany, OH 43054 |
| 9567296 | | Email/Text: mrdiscen@discover.com | Oct 08 2025 18:29:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 9561928 | + | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2025 18:30:00 | Galaxy International Purchasing LLC, c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |

| 9561929 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 08 2025 18:30:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |
|---|---|---|---|
| 9562403 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2025 18:36:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9561932 | + Email/Text: Bankruptcies@londonandlondon.com | Oct 08 2025 18:30:00 | London & London, Attn: Dora Richwine, Esq., 48 Christian Ln, Newington, CT 06111-5437 |
| 9561933 | Email/Text: BankruptcyECFMail@mccalla.com | Oct 08 2025 18:30:00 | MCCALLA RAYMER LEIBERT PIERCE LLC, Attn: Partner, Bankruptcy Dept., 280 TRUMBULL STREET Fl 23, Hartford, CT 06103 |
| 9563232 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 08 2025 18:36:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 9561938 | Email/Text: ml-ebn@missionlane.com | Oct 08 2025 18:29:00 | Mission Lane LLC, Attn: Brandon Black, CEO, PO Box 105286, Atlanta, GA 30348-5286 |
| 9561934 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 08 2025 18:36:44 | Merrick Bank Corporation, Attn: Brian W. Jones, SVP, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 9561936 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 08 2025 18:30:00 | Midland Credit Management, Inc., Attn: Ashley Vollmer, PO Box 2037, Warren, MI 48090-2037 |
| 9578156 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 08 2025 18:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9561937 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 08 2025 18:30:00 | Midland Credit Management, Inc., Attn: Matt Jubenville, General Counsel, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 9561939 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2025 18:36:39 | Portfolio Recovery Associates LLC, Attn: Christopher Graves, President, PO Box 41067, Norfolk, VA 23541 |
| 9577182 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2025 18:36:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 9561940 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2025 18:36:45 | PRA Receivables Management, LLC, Attn: Lynne Todd, Po Box 41067, Norfolk, VA 23541-1067 |
| 9561941 | + Email/Text: bnc-quantum@quantum3group.com | Oct 08 2025 18:30:00 | Quantum3 Group LLC, Attn: Jessi White, PO Box 788, Kirkland, WA 98083-0788 |
| 9563676 | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2025 18:30:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 9563675 | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2025 18:30:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9561942 | Email/Text: bkteam@selenefinance.com | Oct 08 2025 18:30:00 | RCF 2 ACQUISITION TRUST, c/o Selene Finance LP, Attn: General Counsel, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 9561945 | + Email/Text: bankruptcy@rubinrothman.com | Oct 08 2025 18:29:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy Ste 32, Islandia, NY 11749-1500 |
| 9561943 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 08 2025 18:36:51 | Resurgent Capital Services, Attn: Brandie McCann, PO Box 10368, Greenville, SC 29603-0368 |
| 9561944 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2025 18:36:38 | Resurgent Receivables LLC, c/o Resurgent Capital Services LP, PO Box 10587, Greenville, SC 29603-0587 |
| 9562404 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2025 18:36:38 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9561946 | ^  MEBN | | |

| | | | |
|---|---|---|---|
| | | Oct 08 2025 18:26:44 | SCHREIBER LAW LLC, Attn: Heather Q. Wallace, Esq., 53 STILES ROAD STE. A102, Salem, NH 03079-2890 |
| 9561948 | + Email/Text: bknotice@stillmanlaw.com | Oct 08 2025 18:30:00 | STILLMAN LAW OFFICE, Attn: Kevin M. Hughes, Esq., 30057 ORCHARD LAKE RD STE 200 DEPT 100, Farmington, MI 48334-2265 |
| 9578057 | + Email/Text: bkteam@selenefinance.com | Oct 08 2025 18:30:00 | U.S. Bank Trust National Association, not in its i, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 9561951 | Email/Text: secbankruptcy@sec.gov | Oct 08 2025 18:30:00 | U.S. Securities and Exchange Commission, 100 F St Ne, Washington, DC 20549-2000 |
| 9561949 | ^ MEBN | Oct 08 2025 18:26:38 | UHG I LLC, Attn: General Counsel, 6400 SHERIDAN DR. STE. 138, WILLIAMSVILLE, NY 14221-4842 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I |
| 9561935 | * | Michael Henry Lotto, 9 N BANK ST, New Haven, CT 06511-2519 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise M. Shear | |
| | on behalf of Trustee Roberta Napolitano dshear@ch13rn.com |
| Jessica L. Braus | |
| | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST jessica@glassbraus.com, dan@glassbraus.com |
| Michael J. Habib | |
| | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | |
| | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | |
| | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 5

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 8, 2025

In re:

    Michael Henry Lotto
    Debtor*

Case Number: 25−30311
Chapter: 13

### ORDER DISCHARGING CHAPTER 13 TRUSTEE,
### CANCELLING CHAPTER 13 TRUSTEE'S BOND, AND CLOSING DISMISSED CASE

The Chapter 13 Trustee has filed the Final Report and Account pursuant to 11 U.S.C. § 1302(b)(1).

Therefore, it is hereby

**ORDERED:** Pursuant to 11 U.S.C. § 350(a), Roberta Napolitano is discharged as the Chapter 13 Trustee of the estate of Michael Henry Lotto; and it is further

**ORDERED:** The Chapter 13 Trustee's bond as it applies to this case is cancelled; and it is further

**ORDERED:** The Chapter 13 case of Michael Henry Lotto is hereby closed.

Dated: October 8, 2025

BY THE COURT

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 196 − ndc

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.